**No. 09-8307. Learonardo Truss, Petitioner v. Willie Thomas, Warden, et al.**

559 U.S. 1117, 130 S. Ct. 2430, 176 L. Ed. 2d 943, 2010 U.S. LEXIS 3682.

May 3, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 980, 130 S. Ct. 1705, 176 L. Ed. 2d 194, 2010 U.S. LEXIS 2172.